UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**        CASE NUMBER: 09-15074
                                      HONORABLE VICTORIA A. ROBERTS

**v.**

**TRACY FOSTER**

        **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On July 15, 2011, Magistrate Judge Mona K. Majzoub submitted a Report and Recommendation (Doc. 23) recommending that the Court DENY Defendant Foster's Motion to Set Aside Default and Default Judgment (Doc. 16).

Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, and **DENIES** Defendant's motion.

      **IT IS ORDERED.**

                                                S/Victoria A. Roberts
                                                **Victoria A. Roberts**
                                                **United States District Judge**

**Dated:  August 10, 2011**

> **The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on August 10, 2011.**
>
> **s/Carol A. Pinegar**
> **Deputy Clerk**